## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-10038-PMM |
| Roger M. Adams and Jennifer Rae Adams aka | : Chapter 13 |
| Jennifer Rae Barnett | : |
| *Debtor* | : |
| | : |
| Newrez LLC dba Shellpoint Mortgage Servicing | : |
| *Movant* | : |
| vs. | : |
| Roger M. Adams and Jennifer Rae Adams aka | : |
| Jennifer Rae Barnett | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

## <u>OBJECTION TO CONFIRMATION OF THE PLAN</u>

Newrez LLC dba Shellpoint Mortgage Servicing ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Roger M. Adams and Jennifer Rae Adams aka Jennifer Rae Barnett ("Debtor"), as follows:

1.      As of the bankruptcy filing date of January 06, 2025, Movant holds a secured Claim against the Debtor's property located at 437 Iroquois Street, Lester, PA 19029.

2.      Movant is in the process of filing a Proof of Claim by the 3/17/2025 bar date, with an estimated secured claim in the amount of $109,394.69, and estimated pre-petition arrears in the amount of $19,292.58.

3.      The Plan currently proposes payment to Movant in the amount of $15,500.00 for pre-petition arrears.

4.      The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5.      The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6.      Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible.  Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

**WHEREFORE**, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Respectfully submitted,

Dated: 01/31/2025

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-10038-PMM |
| Roger M. Adams and Jennifer Rae Adams aka | : Chapter 13 |
| Jennifer Rae Barnett | : |
| *Debtor* | : |
| | : |
| Newrez LLC dba Shellpoint Mortgage Servicing | : |
| *Movant* | : |
| vs. | : |
| Roger M. Adams and Jennifer Rae Adams aka | : |
| Jennifer Rae Barnett | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

**<u>CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED
PLAN TO PARTIES IN INTEREST</u>**

I, Danielle Boyle-Ebersole, Esquire, attorney for Newrez LLC dba Shellpoint Mortgage Servicing ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 01/31/2025:

Brad J. Sadek, Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Roger M. Adams
Jennifer Rae Adams
437 Iroqouis Street
Lester, PA 19029
Via First Class Mail
*Debtor*

Respectfully Submitted,

Date: 01/31/2025

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com